**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTOPHER THARPE**                                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-01391 KGB**

**ARKANSAS SPINAL**
**CORD COMMISSION**                                                                              **DEFENDANT**

## ORDER

Before the Court is defendant Arkansas Spinal Cord Commission's ("ASCC") notice of appearance and motion for substitution of counsel (Dkt. No. 20). The Court notes that Assistant Attorney General Brian D. Black has hereby entered an appearance as counsel of record for ASCC in this matter (*Id.*, ¶ 1). ASCC represents that Senior Assistant Attorney General Noah Watson, its counsel of record, is no longer handling the defense of this case as the matter has been reassigned (*Id.*, ¶ 2). ASCC requests that Mr. Watson be relieved as its counsel of record and that Mr. Black be substituted in his place (*Id.*, ¶ 3). For good cause shown, the Court grants the motion to relieve Mr. Watson as counsel of record for ASCC in this matter (*Id.*). Mr. Black, having made an as counsel of record for ASCC in this case, shall remain as counsel of record for ASCC (*Id.*).

It is so ordered this 11th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge